FILED

01/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0242

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ZECHARIAH JUSTIN DANIEL SMITH,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to voluntarily dismiss the appeal in Montana Supreme Court Cause Number DA 22-0244, which was previously consolidated under the Cause Number set forth above, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in Montana Supreme Court Cause Number DA 22-0244 is hereby DISMISSED with prejudice. Cause Numbers DA 22-0242, DA 22-0243, DA 22-0245, DA 22-0246, and DA 22-0308 shall go forward on appeal under Cause Number 22-0242.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 24 2024